IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWN WALDEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-23-1075-PRW |
| THE CITY OF DUNCAN, OKLAHOMA, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, the Court enters Judgment in favor of Defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**ENTERED** this 22nd day of September 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE